FRED A. PROEFROCK, as Administrator of the Estate of RICHARD E. PROEFROCK, Deceased, Appellant, *v.* C. E. DENNEY et al., as Trustees in Bankruptcy of ERIE RAILROAD COMPANY, Respondents.

Argued April 25, 1940; decided June 4, 1940.

*Bayard J. Stedman* for appellant.

*William L. Marcy, Jr.,* and *LeRoy H. Hurlbert* for respondents.

650

Judgment of Appellate Division affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and SEARS, JJ. Dissenting: RIPPEY and CONWAY, JJ. Taking no part: LEWIS, J.